# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv182

| | |
|---|---|
| SUSAN SWEENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MARC GLOBAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Reconsideration with regard to the Court's denial of the Defendant's Motion for Summary Judgment as to Plaintiff's claim for fraudulent misrepresentation.

Upon review of the Defendant's Motion, the Court finds that the Defendant has not stated good cause for reconsideration of the Court's Order.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED**.

Signed: February 18, 2008

Martin Reidinger
United States District Judge