# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:06cv182

| | |
|---|---|
| SUSAN SWEENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MARC GLOBAL, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Mediator's report advising that the case has settled.

The Court will allow the parties until on or before **April 7, 2008** to file stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **April 7, 2008**. If no dismissal is filed by that date, the Final Pre-Trial Conference will be set for April 11, 2008, and the matter will be set for trial during the Civil Term beginning on April 21, 2008.

**IT IS SO ORDERED**.

Signed: March 10, 2008

Martin Reidinger
United States District Judge